UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Deryck Rhodes
                               Plaintiff

vs                                 9:05-cv-836

M. Hoy, Correctional Officer; Daniels, Grievance
Supervisor; E. Carpenter, Correctional Officer;
Gary Greene, Warden (Superintendent)
                               Defendants

---

## ORDER DISMISSING CASE

On May 5, 2007 the Court issued an order dismissing the complaint as to parties Daniels and Gary Greene, which was served upon the plaintiff by regular mail. On May 16, 2007 the order was returned to the Court by the United States Postal Service as undeliverable, unable to forward. The front of the envelope was marked, 'R.T.S. discharged 2-16-07'. To date, the plaintiff has not notified the Court of his new address.

Pursuant to Northern District of New York Local Rule 10.1 (b)(2), all pro se litigants must immediately notify the Court of any change of address. Pursuant to Local Rule 41.2(b), failure to notify the Court of a change of address may result in the dismissal of any pending action. Therefore, it is hereby

**ORDERED** that this complaint is dismissed in its entirety for plaintiff's failure to notify this Court of his change of address and further it is

**ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**
**June 7, 2007**

                                                Frederick J. Scullin, Jr.
                                                Senior United States District Court Judge